NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA I. REHFELD,            ) | No. C 10-01141 JF (PR) |
|                             ) | |
| Petitioner,   ) | ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
|                             ) | |
| vs.                         ) | |
|                             ) | |
|                             ) | |
| MARY LATTIMORE, Warden,    ) | |
|                             ) | |
| Respondent.   ) | |
|                             ) | |

On March 17, 2010, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the clerk of the Court sent a notification to Petitioner that her In Forma Pauperis Application was insufficient because Petitioner did not use the correct form. On March 29, 2010, Petitioner filed the correct In Forma Pauperis Application form. (Docket No. 3.) However, the application is still insufficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer of the institution.

In the interest of justice, the Court will extend the time for Petitioner to either pay the full filing fee or file a Certificate of Funds in Prisoner's Account *completed and signed by an authorized officer of the institution* in order to complete her in

1 forma pauperis application.  Petitioner must do so **no later than thirty (30) days**
2 **from the date this order is filed.**
3 **Failure to comply with the Court's order in a timely manner will result**
4 **in the dismissal of the case without prejudice for failure to pay the filing fee.**
5 The clerk shall include two blank copies of the Court's Certificate of Funds in
6 Prisoner's Account with a copy of this order to Petitioner.
7 IT IS SO ORDERED.
8 DATED: 5/20/10
9 JEREMY FOGEL
United States District Judge

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JF\HC.10\Rehfeld01141_ifp-eot.wpd        2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VERA INEZ REHFELD,

        Petitioner,

  v.

MARY LATTIMORE, Warden,

        Respondent.
                                  /

Case Number: CV10-01141 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/9/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vera I, Rehfeld X27448
Central California Womens Facility
P.O. box 1508
B505-30-1L
Chowchilla, CA 93610-1508

Dated: 6/9/10

                                            Richard W. Wieking, Clerk