NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA I. REHFELD,<br><br>    Petitioner,<br><br>  vs.<br><br>MARY LATTIMORE, Warden,<br><br>    Respondent. | No. C 10-01141 JF (PR)<br><br>ORDER OF DISMISSAL |

      Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 17, 2010. That same day, the clerk of the Court sent a notification to Petitioner that the petition was deficient because she did not use the correct form. (Docket No. 2) On March 29, 2010, Petitioner filed the correct In Forma Pauperis Application form. (Docket No. 3.) However, the application was still insufficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer of the institution. In the interest of justice, the Court granted Petitioner an extension of time to file a the Certificate within thirty days from the date the order was filed, *i.e.*, by July 9, 2010. (Docket No. 4.) Petitioner was advised that failure to comply with the order in a timely manner would result in the

1  dismissal of this action without prejudice for failure to pay the filing fee.  (Id.)
2        The deadline as since passed, and Petitioner has failed to comply.  Instead,
3  Petitioner filed an incomplete "Trust Account Withdrawal Order" on June 25, 2010.
4  (Docket No. 5.)  However, this document is for internal purposes and should be filed with
5  the prison trust account office; it does not suffice as a Certificate of Funds in Prisoner's
6  Account.
7        Accordingly, this case is DISMISSED without prejudice for failure to pay the
8  filing fee or file a completed in forma pauperis application.
9        IT IS SO ORDERED.
10 Dated:  8/11/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VERA INEZ REHFELD,

        Petitioner,

v.

MARY LATTIMORE, Warden,

        Respondent.

                                   /

Case Number: CV10-01141 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/11/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vera I, Rehfeld X27448
Central California Womens Facility
P.O. box 1508
B505-30-1L
Chowchilla, CA 93610-1508

Dated:  8/11/10

                                          Richard W. Wieking, Clerk